An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDRICK DEON WORDLAW,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63919

**FILED**

SEP 17 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a proper person notice of appeal. The notice of appeal states that this is an appeal from a pretrial "order and/or decision to deny defendant's motion made on August 1, 2013, during the preliminary hearing." Eighth Judicial District Court, Clark County; Doug Smith, Judge.

Review of the district court docket and minute entries reveals that the district court did not conduct any proceedings or enter any oral or written ruling on August 1, 2013. While it appears that the district court entered an "Order of Competency (Remand)," on August 8, 2013, such an order is not independently appealable. Therefore, we lack jurisdiction to consider this appeal, *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (where no statute or court rule provides for an appeal, no right to appeal exists), and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27458

cc:    Hon. Doug Smith, District Judge
Frederick Deon Wordlaw
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk